**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:15- |
| v. | |
| PETER GOYOCO HINLO<br>a/k/a "Shawn Tortoro" | 3-15CR0101-N |

## INFORMATION

The United States Attorney Charges:

### INTRODUCTION

At all times material to this Indictment:

### COUNT ONE
Submitting False or Misleading Information to a Federal Agency
(Violation of 18 U.S.C. § 1001(a)(3))

On or about October 7, 2009, in the Northern District of Texas and elsewhere, the defendant, **Peter Goyoco Hinlo, a.k.a. Shawn Tortoro**, knowingly and willfully made and used a false writing or document in a matter within the jurisdiction of the executive branch of the United States government, specifically, submitting Customs Declaration Dispatch Note EC951266846US knowing that it contained one or more materially false

Information (Hinlo) - p. 1

statements, for the purposes of misleading the Department of Homeland Security Customs and Border Protection.

All in violation of 18 U.S.C. § 1001(a)(3).

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

*[signature]*
PAUL YANOWITCH
Assistant United States Attorney
Illinois State Bar No. 6188269
1100 Commerce St., Suite 300
Dallas, Texas 75242-1699
Telephone: 214.659.8618
Facsimile: 214.659.8812
paul.yanowitch@usdoj.gov